UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA    :
:
v.    :     **RE-SCHEDULING ORDER**
:
JAMIE FRANCIS,    :     7:24-cr-521-PMH
:
            Defendant.    :
------------------------------------------------------------x

The Sentencing hearing scheduled for March 25, 2025 is re-scheduled to March 21, 2025 at 9:30 a.m. at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
       February 20, 2025

_____
Philip M. Halpern
United States District Judge