

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, NY 10278*

> Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 23).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           December 11, 2025

**VIA ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:     *United States v. Jaime Francis*
         24 Cr. 521 (PMH)

Dear Judge Halpern:

The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter.  As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, Jaime Francis, in a certain firearm (the "Forfeited Firearm") was ordered forfeited pursuant to a Preliminary Order of Forfeiture as to Specific Property (Docket Entry 20) and no third-party claims have been filed within the statutory period.

Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Forfeited Firearm according to law.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: _____/s/_____
     Jorja Knauer
     Assistant United States Attorney
     Tel. (914) 993-1919

*Enclosure*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X
                                                        :
    UNITED STATES OF AMERICA              :   **FINAL ORDER OF**
                                                        :   **FORFEITURE**
        -v.-                           :
                                                        :
    JAIME FRANCIS,                        :   24 CR. 521 (PMH);
                                                        :
        Defendant.                 :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

WHEREAS, on or about August 29,2025 this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E.20, which ordered the forfeiture to the United States of all right, title and interest of Jaime Francis (the "Defendant") in a Taurus 9mm pistol that was seized on or about June 17, 2024 from the Defendant's vehicle outside of his residence located in Mount Vernon, New York (the "Specific Property);

WHEREAS, following the entry of the Preliminary Order of Forfeiture, the Government learned that the Specific Property should have been more particularly described as the following:

    a.    a Taurus International G2C 9mm pistol, bearing serial number ACD757192, seized by the Government on or about June 17, 2024, from the Defendant's vehicle outside of his residence in Mount Vernon, New York (the "Forfeited Firearm");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Forfeited Firearm, and the requirement that any person asserting a legal interest in the Forfeited Firearm must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3).

Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Forfeited Firearm and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Forfeited Firearm before the United States can have clear title to the Forfeited Firearm;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Forfeited Property was posted on an official government internet site (www.forfeiture.gov) beginning on September 19, 2025, for thirty (30) consecutive days, through October 18, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on December 10, 2025 (D.E. 22);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Forfeited Firearm has been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Forfeited Firearm; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.       All right, title and interest in the Forfeited Firearm is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.       Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeited Firearm.

3.       The United States Marshals Service (or its designee) shall take possession of the Forfeited Firearm and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).


Dated:  White Plains, New York
            _____, 2025

                                        SO ORDERED:


                                        _____
                                        HONORABLE PHILIP M. HALPERN
                                        UNITED STATES DISTRICT JUDGE

3